UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 Case |
| Petros Charalampopoulos,<br>       Debtor. | BKY No. 21-40644 - KHS |

## NOTICE OF SETTLEMENT

To: The United States Trustee, all creditors and other parties in interest.

On **August 20, 2021,** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

That within one year of the debtor's bankruptcy filing, debtor made payments in the approximate amount of $2,000.00 to his mother, Ioanna Charalampopoulos for an unsecured debt. The Trustee alleges that these payments are preferential payments. Debtor and the Trustee have reached an agreement that Debtor will pay the Trustee the sum of $1,800.00 in three equal payments as a full and final settlement of this preference claim. Based upon the uncertainties, and costs involved, the Trustee believes that this settlement is in the best interests of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 300 So. 4th St. | 300 So. 4th St. | |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: July 20, 2021

/e/ *J. Richard Stermer*
J. Richard Stermer, Trustee
102 Parkway Drive, P. O. Box 514
Montevideo, MN 56265
Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

| IN RE: | CASE NO: 21-40644 |
|---|---|
| PETROS CHARALAMPOPOULOS | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 7/21/2021, I did cause a copy of the following documents, described below,

NOTICE OF SETTLEMENT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/21/2021

/s/ J. Richard Stermer
J. Richard Stermer  216811

Stermer & Sellner, Chtd
102 Parkway Drive, PO BOX 514
Montevideo, MN  56265
320 269 6491

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA
# MINNEAPOLIS DIVISION

| IN RE: | CASE NO: 21-40644 |
|---|---|
| PETROS CHARALAMPOPOULOS | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 7/21/2021, a copy of the following documents, described below,

NOTICE OF SETTLEMENT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/21/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
J. Richard Stermer
Stermer & Sellner, Chtd
102 Parkway Drive, PO BOX 514
Montevideo, MN 56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

~~EXCLUDE~~

 LABEL MATRIX FOR LOCAL NOTICING
08644
CASE 21-40644
DISTRICT OF MINNESOTA
MINNEAPOLIS
TUE JUL 20 16-40-07 CDT 2021

~~MINNEAPOLIS~~
~~301 DIANA E MURPHY US COURTHOUSE~~
~~300 SOUTH FOURTH STREET~~
~~MINNEAPOLIS MN 55415-1320~~

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BURNS  HANSEN
8401 WAYZATA BLVD STE 300
MINNEAPOLIS MN 55426-1354

BURNS  HANSEN PA
8401 WAYZATA BLVD STE 300
MINNEAPOLIS MN 55426-1354

CITIBANK
CITICORP CREDIT SRVSCENTRALIZED BK DEP
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANKTHE HOME DEPOT
CITICORP CREDIT SRVSCENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

COREY  JESSICA POLLOCK
12615 JEROME AVE
OROFINO ID 83544-9384

CORY  JESSICA POLLOCK
BURNS  HANSEN PA
8401 WAYZAYTA BLVD STE 300
MINNEAPOLIS MN 55426-1354

CRAIG DOKKEN
6900 WEDGEWOOD RD STE 200
OSSEO MN 55311-3541

ELIJAH CHARALAMPOPOULOS
8538 291ST AVE NW
PRINCETON MN 55371-4336

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

MN DEPT OF REVENUE
ATTN DENISE JONES
PO BOX 64447
SAINT PAUL MN 55164-0447

SYNCBPPC
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

US BANKELAN
ATTN BANKRUPTCY
800 NICOLLET MALL
MINNEAPOLIS MN 55402-2511

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

~~EXCLUDE~~
~~AMANDA M SCHARBER~~
~~KAIN  SCOTT PA~~
~~13 7TH AVE S~~
~~ST CLOUD MN 56301-4259~~

~~EXCLUDE~~
~~J RICHARD STERMER~~
~~STERMER  SELLNER CHTD~~
~~102 PARKWAY DRIVE~~
~~PO BOX 514~~
~~MONTEVIDEO MN 56265-0514~~

JESSICA RAE POLLOCK
8401 WAYZATA BOULEVARD
SUITE 300
MINNEAPOLIS MN 55426-1354

DEBTOR
PETROS CHARALAMPOPOULOS
8538 291ST AVE NW
PRINCETON MN 55371-4336

WILLIAM P KAIN
KAIN  HENEHAN LLC
2003 PLEASANT AVENUE
SAINT CLOUD MN 56303-0224

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

(Trustee)
J. Richard Stermer
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo, MN 56265

rstermer@stermerlaw.com

(Interested Party)
Jessica Rae Pollock
8401 Wayzata Boulevard
Suite 300
Minneapolis, MN 55426
represented by:
Martin C. Melang
Burns & Hansen PA
8401 Wayzata Blvd Ste 300
Minneapolis, MN 55426

martin@burnshansen.com

Amanda M. Scharber
Kain & Scott PA
13 7th Ave S
St. Cloud, MN 56303

sonja@lifebacklaw.com

Petros Charalampopoulos
8538 291st Ave NW
Princeton, MN 55371
(Debtor 1)
represented by:
William P. Kain
Kain & Henehan, LLC
2003 Pleasant Avenue
Saint Cloud, MN 56303

bill@kainhenehan.com